**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE DIEGO AUGUSTO FAJARDO GUTIERREZ,<br><br>                    Petitioner,<br><br>          v.<br><br>WARDEN, ADELANTO DETENTION FACILITY, *et al.*,<br><br>                    Respondents. | Case No.  5:26-cv-176-JWH (RAO)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), Dkt. No. 1; Respondents' Answer to the Petition, Dkt. No. 8; Petitioner's Reply, Dkt. No. 9; Report and Recommendation of United States Magistrate Judge ("Report"), Dkt. No. 15; and all of the records and files herein. The time for filing objections to the Report has passed, and no objections have been received. Accordingly, the Court hereby **ORDERS** as follows:

1. The findings, conclusions, and recommendations of the Magistrate Judge are **ACCEPTED** and **ADOPTED**.

2. The Petition is **GRANTED in part**.

3. Respondents are **DIRECTED** to release Petitioner Jose Diego Augusto Fajardo Gutierrez from custody forthwith.

4. Respondents are **DIRECTED** to file no later than May 11, 2026, a Status Report substantiating their compliance with this Order.

**IT IS SO ORDERED.**

Dated:   May 8, 2026

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE

2