JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JOSE DIEGO AUGUSTO
FAJARDO GUTIERREZ,

          Petitioner,

    v.

WARDEN, ADELANTO
DETENTION FACILITY, *et al.*,

          Respondents.

Case No. 5:26-cv-176-JWH (RAO)

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Petition is **GRANTED in part**.

**IT IS SO ORDERED.**

Dated:  May 8, 2026

_____

John W. Holcomb
UNITED STATES DISTRICT JUDGE

2